STADTMUELLER

# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2022 AUG 12 P 4:27

(Full name of plaintiff(s))

Karin Nielsen
4300 North 100th St
Wauwatosa, WI. 53222

v.

(Full name of defendant(s))

Please See Attached Documents of the List of defendants

Case Number:

**22-C-0931**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __4300 North 100th Street Wauwatosa, WI. 53222__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Michael Lees (Detective)__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job) worked for __Milwaukee Police Dept. (District ONE) Robbery Unit At CIB 749 W. State Street Milwakee, WI. 53233__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

See Attached documents - 1,2,3,4 Police Misconduct

5. 42 U.S.C. Section 1983 - The Conduct Complained of is Committed by a person acting under Color of law, and the Conduct deprived me the (Plaintiff) of a Constitutional right.



Complaint – 3

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am asking the Courts to award money damages, punitive damages

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES        ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __11th__ day of __August__ 20__22__.

Respectfully Submitted,

_____
Signature of Plaintiff

__(414) 779-9111__
Plaintiff's Telephone Number


_____
Plaintiff's Email Address

__4300 North 100th St.__

__WauWatosa, WI. 53222__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

# Defendants Address

1. Milwaukee Fire Dept.
   711 West Wells St.
   Milwaukee, WI 53233

2. Milwaukee Police Dept.
   749 W State St. District 1
   Milwaukee, WI 53233

3. Milwaukee County Medical Examiner
   933 W. Highland Ave
   Milwaukee, WI 53233

4. State of Wisconsin Dept. of Correction
   Division of Community Corrections
   1900 Pewaukee Rd
   Suite 1                    Probation and Parole
   Waukesha, WI 53188

42 USC Section 1983
The Deprivation of Rights under the Color Law

Milwaukee Police Dept.

First officer on the scene at 4400 So. 27th St. Roadway Inn Aug. 12th 2019 at 4:35 A.M.

Officer Matthew J. Pagelsdorf Reported upon entry to the Hotel Room #171 the person was dead upon entry cold to the touch.

Milwaukee County Medical Examiner Luke Warnke forensic investigator on the scene at 4400 So 27th St. Milw. WI. Roadway Inn on Aug 12th 2019. His job was collecting evidence from the crime scene.

At 5:45 A.M. on Aug. 12th 2019 the Lead Detective Michael Lees was assigned from the Robbery unit to investigate the crime. He was accompanied by Sergeant Adam Isleb. The detective or the police did not put in their reports that the victims car and wallet was stolen by the assailant that committed the crime.

Before detective Lees and Isleb arrived the Milwaukee Fire Dept was called to the scene, Med 17# at 4:43 AM Aug. 12th 2019.

Medical Technician on the scene.

1. William Butzlaff - EMT
2. John Antkowski - EMT-P
3. Kory Kais - EMT
4. James Lauer - EMT
5. Paul Sporleder - EMT
6. Enripe Rodriquez - EMT-P

They perform medical procedures on the victim, which ended with no success the victim was pronounce dead on the scene.

It was determined the victim was poison by ingestion, because there were on needle marks on his body. He also was assaulted with multiple lacerations to his head which was not reported by the EMT's, Police or the pathologist.

Dr Jacob Smith MD Certified Forensic Pathology Specialist for Milwaukee Co (Morgue) was the pathogist assigned to perform the Autopsy on my son body.

By instruction of the Milwaukee Police the pathologist did not perform a full Autopsy on my son, because he was told Not to examine or test his gastric. And he did not report that my son was also assaulted

My Civil Right was violated by all of the parties from each dept. that participated in this investigation of my son's death at the Roadway Inn At 4400 So. 27th St. Milwaukee WI. on Aug. 12th 2019. And the Hotel Conspire with the police dept to withhold video and evidence of the assailant and her co-conspirators

Also the milwaukee Co District Attorney Office At 821 W. State St. Milw, WI 53233.

The ADA's Assigned to my son's case are as follows
1. ADA Bruce J. Landgraf
2. ADA Patricia Daugherty
3. ADA Alex Mueller

State of Wisconsin Dept. of Corrections
Division of Community Corrections

1. Agnes Hanson - Probation and Parole Agent

   Address 1900 Pewaukee Rd
   Suite 1
   Waukesha, WI 53188